(*Supreme Court of Illinois.*)

### T. McNeeley
### vs.
### John K. Wright.

(1874.)

WHEN DISMISSAL OF APPEAL WILL BE SET ASIDE. An order dismissing an appeal for failure to file appeal bond within time fixed by order of court below will be set aside on showing.

Motion to set aside order dismissing appeal from Washington county. No. 156.

CRAIG, J. :—

The appeal in this case was dismissed on account of the failure of the appellant to file an appeal bond within the time specified by the order of the court below. A motion is now made to set aside the order of dismissal. We think sufficient grounds have been shown, and the order will be set aside.